**STUBBS ALDERTON & MARKILES, LLP**
Jeffrey F. Gersh (SBN 87124)
*jgersh@stubbsalderton.com*
Neil Elan (SBN 292002)
*nelan@stubbsalderton.com*
15260 Ventura Blvd., 20th Floor
Sherman Oaks, California 91403
Telephone: (818) 444-4500

**SCHEPER KIM & HARRIS, LLP**
Marc S. Harris (SBN 136647)
*mharris@scheperkim.com*
William H. Forman (SBN 150477)
*wforman@scheperkim.com*
Peggy Dayton (SBN 274353)
*pdayton@scheperkim.com*
601 W 5th Street, 12th Floor
Los Angeles, California 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Attorneys for Counterclaimant Body Glove IP Holdings, LP
and Defendants Body Glove IP Holdings, LP and Marquee Brands, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IP GLOBAL INVESTMENTS AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BODY GLOVE IP HOLDINGS, LP, a Delaware organization: MARQUEE BRANDS, LLC, a Delaware organization and DOES 1 through 25, Inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:17-CV-06189-ODW (AGRx)<br><br>**COUNTERCLAIMANT BODY GLOVE IP HOLDINGS, LP'S NOTICE OF WITHDRAWAL OF SEVENTH COUNTERCLAIM**<br><br>Trial Date:  November 27, 2018<br>Time:  9:00 a.m.<br>Ctrm:  5D<br><br>Pretrial Conf: November 5, 2018<br>Time:  1:30 pm<br>Ctrm:  5D |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Counterclaimant Body Glove IP Holdings, LP ("BGH, LP") hereby withdraws its Seventh Counterclaim for Relief - False Designation, 43(a) of the Lanham Act, 15 U.S.C. §1125(a)(1)(A).

All references to BGH, LP's Seventh Counterclaim in the pre-trial submission documents (including the Memoranda and Contentions of Fact and Law and the Proposed Pretrial Conference Order) should be disregarded.

Dated: October 30, 2018         **STUBBS ALDERTON & MARKILES, LLP**

By: /S/ Jeffrey F. Gersh
    Jeffrey F. Gersh
    Neil Elan
    Attorneys for Defendants Body Glove IP
    Holdings, LP and Marquee Brands, LLC

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 15260 Ventura Blvd., 20th Floor, Sherman Oaks, California, 91403.

On October 30, 2018, I served the foregoing documents described as: **COUNTERCLAIMANT BODY GLOVE IP HOLDINGS, LP's NOTICE OF WITHDRAWAL OF SEVENTH COUNTERCLAIM** on all interested parties to this action as follows:

| | |
|---|---|
| Michael M. Amir<br>Jason B. Baim<br>Doll Amir & Eley, LLP<br>1888 Century Park East, Suite 1850<br>Los Angeles, CA 90067<br>Tel: (310) 557-9100<br>mamir@dollamir.com<br>jbaim@dollamir.com | **SCHEPER KIM & HARRIS, LLP**<br>Marc S. Harris (SBN 136647)<br>*mharris@scheperkim.com*<br>William H. Forman (SBN 150477)<br>*wforman@scheperkim.com*<br>Margaret Dayton (SBN 274353)<br>*pdayton@scheperkim.com*<br>601 W 5th Street, 12th Floor<br>Los Angeles, California 90071<br>Telephone:  (213) 613-4655<br>Facsimile:   (213) 613-4656 |

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") FRCP, Rule 5(b)(2)(E)**  (Pursuant to controlling General Order(s) and Local Rule(s) ("LR"), the foregoing document will be served by the court via NEF and hyperlink to the document to counsel at the email address(es) listed above.

☐ **BY E-MAIL:** I caused the above-referenced document to be transmitted via e-mail from hcory@stubbsalderton.com to

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 30, 2018, at Sherman Oaks, California.


/S/ Heather Cory
HEATHER CORY