UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV 17-06189-ODW(AGRx) | Date | November 30, 2018 |
| Title: | IP Global Investments America, Inc v. Body Glove IP Holdings, LP et al | | |

Present: The Honorable   OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

| Sheila English | Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Michael M Amir | Marc S Harris |
| Jason Bradley Baim | Jeffrey F Gersh/William Forman/Margaret Dayton |

_____ Day Court Trial   4th Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   _____ Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by   plaintiff/ defense counsel

X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.
X  Plaintiff(s) rest.   X  Defendant(s) rest.
X  Closing arguments made by   X  plaintiff(s)   X  defendant(s).   X  Court instructs jury.
X  Bailiff(s) sworn.   X  Jury retires to deliberate.   _____ Jury resumes deliberations.
X  Jury Verdict in favor of   _____ plaintiff(s)   X  defendant(s) is read and filed.
X  Jury polled.   _____ Polling waived.
X  Filed Witness & Exhibit Lists   X  Filed jury notes.   X  Filed jury instructions.
_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____ is   _____ granted.   _____ denied.   _____ submitted.
X  Motion for Judgment/Directed Verdict by   Defendants   is   X  granted.   X  denied.   _____ submitted.
_____ Settlement reached and placed on the record.
X  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
X  Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
_____ Case continued to _____ for further trial/further jury deliberation.
X  Other:   Court rules on the causes of action as follows: 1)-Breach of Contract-Denied; 2)- No issue; 3)-Denied; 4)-Denied
5)- Granted; 6)-Granted.

12 : 30
Se