JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| IP GLOBAL INVESTMENTS AMERICA, INC., <br><br>  Plaintiffs <br><br> v. <br><br> BODY GLOVE IP HOLDINGS, LP and MARQUEE BRANDS LLC, <br><br>  Defendants. | Case № 2:17-cv-06189-ODW (AGRx) <br><br> **JUDGMENT** |

## **JUDGMENT**

On August 21, 2017, Plaintiff IP Global Investments America, Inc. ("Plaintiff" or "IP Global") filed a Complaint against Defendants Body Glove IP Holdings, LP ("BGH") and Marquee Brands, LLC ("Marquee"; collectively "Defendants"). On December 18, 2017, Defendant BGH Counterclaimed against Plaintiff.

The Court **GRANTED**, in part, Plaintiff's Motion for Partial Summary Judgment, ECF No. 67, as to BGH's first counterclaim. (Order, ECF No. 159.) The Court **DISMISSED** with prejudice BGH's second and fifth counterclaims and **DISMISSED** without prejudice BGH's remaining counterclaims. (Order, ECF No. 195.) On November 27, 2018, through November 30, 2018, Plaintiff tried its case to a jury. On November 30, 2018, the Court **GRANTED** Defendants' oral Motion for

Judgment as a Matter of Law as to Plaintiff's fifth and sixth claims for relief. On November 30, 2018, the jury returned a verdict in favor of Defendants as to Plaintiff's remaining claims for relief. (Jury Verdict, ECF No. 180.)

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. Plaintiff shall take nothing by its Complaint against Defendants;
2. Judgment is entered in favor of Defendant BGH on Plaintiff's first and second claims for relief;
3. Judgment is entered in favor of Defendant Marquee on Plaintiff's third claim for relief;
4. Judgment is entered in favor of Defendants BGH and Marquee on Plaintiff's fourth, fifth, and sixth claims for relief;
5. Plaintiff's seventh claim for declaratory relief is denied as moot;
6. Defendants shall take nothing by their counterclaims against Plaintiff;
7. Judgment is entered in favor of Plaintiff on Defendant BGH's first counterclaim;
8. Defendant BGH's second and fifth counterclaims are dismissed with prejudice; and
9. Defendant BGH's third, fourth, sixth, seventh, and eighth counterclaims are dismissed without prejudice.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 7, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**